UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JACQUELINE DENISE KIDD | CASE NO. 3:19-CV-01596 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| MONROE TRANSIT SYSTEM, ET AL. | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that defendants the City of Monroe (incorrectly named as "Monroe Transit System") and First Transit, Inc.'s (incorrectly named as "1st Transit") motion to dismiss [doc. # 15] is GRANTED-IN-PART and that plaintiff's claims against all defendants are hereby DISMISSED, without prejudice, for lack of personal jurisdiction, insufficient process, and/or insufficient service of process pursuant to Rules 12(b)(2), (4), and/or (5).

IT IS FURTHER ORDERED that defendants' motion to dismiss for failure to state a claim upon which relief can be granted [doc. # 15] is DENIED, without prejudice.

Monroe, Louisiana, this 12th day of February, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE